997 A.2d 1009

IN THE MATTER OF CASSANDRA A. CORBETT,
AN ATTORNEY AT LAW.

July 30, 2010.

**ORDER**

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **CASSANDRA A. CORBETT** of **ELIZABETH,** who was admitted to the bar of this State in 1993;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to safeguard client funds), and *RPC* 8.1(a) (false statement of material fact in connection with a disciplinary investigation);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a) and *RPC* 8.1(a), and that said conduct warrants a censure;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket No. XIV–2009–0090E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CASSANDRA A. CORBETT** of **ELIZABETH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.